IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00288-PSF-MJW

CELESTE GRYNBERG; and
REMORA OIL COMPANY,

    Plaintiff,

v.

MATRIX PRODUCTION COMPANY,

    Defendant.

## ORDER OF RECUSAL

A review of the file upon its assignment to the undersigned causes me to recuse myself from this case pursuant to 28 U.S.C. § 455 because of my family's and my personal relationship with Plaintiff Celeste Grynberg.  It is, therefore,

ORDERED that the judge's file be returned to the Clerk of the Court to randomly reassign this case to another district judge.

DATED: February 22, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*
                                      _____
                                      Phillip S. Figa
                                      United States District Judge