IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00288-WDM

CELESTE GRYNBERG AND
REMORA OIL COMPANY,

      Plaintiffs,

v.

MATRIX PRODUCTION COMPANY,

      Defendant.

---

## NOTICE OF DISMISSAL

---

      The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed.

R. Civ. P. 41(a)(1)(i).  Accordingly, this case is dismissed without prejudice each party

to pay his or its own costs and attorneys' fees.

      DATED at Denver, Colorado, on February 23, 2006.

                    BY THE COURT:


                    s/ Walker D. Miller
                    United States District Judge

PDF FINAL